## George Crawford v. The State.

No. 8313.   Decided January 23, 1924.

Selling Intoxicating Liquor—Instructed Verdict—Practice on Appeal.

In the absence of the statement of facts this Court cannot pass on the issue complaining of the failure of the Court to give an instructed verdict, and must presume that the evidence is sufficient to support the verdict.

Appeal from the District Court of Titus.   Tried below before the Honorable R. T. Wilkinson.

Appeal from a conviction of selling intoxicating liquor; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General, for the State.

MORROW, Presiding Judge.—The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year.   The facts are not brought up for review.

The only bill of exceptions found in the record is that complaining of the failure of the court to give an instructed verdict.   In the absence of the facts this court must presume that the evidence is sufficient to support the verdict.

The judgment is affirmed.

*Affirmed.*